# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARRIE SIMMONS, JAMES SIMMONS,**

        **Plaintiffs,**

-vs-                                             **Case No. 6:09-cv-1758-Orl-31KRS**

**DANIEL GOODSITT, JOSEPH M. MORSE, NO IMAGE JUST MUSIC ENTERTAINMENT, INC., JUSTIN DIEGO ARROYO, FLOATINGCODE MULIMEDIA, and WYO SERVICES HOLDINGS, INC.,**

        **Defendants.**

_____/

## ORDER

This cause comes before the Court on Motion for Entry of Final Judgment by Default against Defendants Joseph M. Morse, No Image Just Music Entertainment, Inc., Floatingcode Mulimedia and WYO Services Holding, Inc. (Doc. No. 55) filed March 9, 2010.

On March 26, 2010, the United States Magistrate Judge issued a report (Doc. No. 56) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Final Judgment by Default against Defendant Joseph M. Morse, No Image Just Music Entertainment, Inc., Floatingcode Mulimedia and WYO Services Holding, Inc. is GRANTED in part and DENIED in part.

3. The Clerk is directed to enter a default against Defendant Joseph M. Morse.

4. The Plaintiffs are directed to file a proof of proper service on Defendants Floating Code Multimedia, No Image Just Music Entertainment, Inc., and WYO Services Holdings, Inc. on or before April 16, 2010, or show cause in writing by that date why the case should not be dismissed as to those defendants due to failure to serve them within the time required by the Federal Rules of Civil Procedure.

5. The Plaintiffs are directed to not move for a default judgment against the defaulted defendants until the claims against all defendants not in default are resolved.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 13th day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE