**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARRIE SIMMONS and JAMES SIMMONS,**

                  **Plaintiffs,**

**-vs-**                                              Case No. 6:09-cv-1758-Orl-31KRS

**JOSEPH M. MORSE and NO IMAGE JUST MUSIC ENTERTAINMENT, INC.,**

                  **Defendants.**
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Default Judgment (Doc. No. 104) filed October 6, 2010.

On December 3, 2010, the United States Magistrate Judge issued a report (Doc. No. 105) recommending that Counts 2 through 5 and 8 through 12 of Plaintiffs' complaint be dismissed and that the motion for default judgment be denied. It is further recommended that Plaintiffs be allowed to file an amended complaint only against Defendants Joseph M. Morse and No Image Just Music Entertainment, Inc.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Judgment is **DENIED**.

3. Counts 2 through 5 and 8 through 12 of the complaint are **DISMISSED**. Plaintiffs are granted leave to file an amended complaint against Defendants Joseph M. Morse and No Image Just Music Entertainment, Inc. within twenty-one days from the date of this order. Should an amended complaint be filed, Plaintiffs must file proof of service of the amended complaint within sixty days of its filing. Failure to timely file and serve an amended complaint with allegations sufficient to support the causes of action asserted therein may result in dismissal of the case without prejudice without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 20th day of December, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party